IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NAPOLEON POLLARD,
ADC #89052                                                                                              PLAINTIFF

v.                                             5:08CV00289HLJ

JOSEPH K. BUCKMAN, et al.                                                               DEFENDANTS

ORDER

The motion of defendant Joseph K. Buckman to file exhibits to his summary judgment motion under seal (DE #43) is hereby GRANTED.

IT IS SO ORDERED this 24th day of June, 2009.

_____
United States Magistrate Judge