IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NAPOLEON POLLARD                                                              PLAINTIFF

v.                                        5:08CV00289HLJ

JOSEPH K. BUCKMAN, et al.                                                   DEFENDANTS

ORDER

Plaintiff originally filed this action pursuant to 42 U.S.C. § 1983, and was granted in forma pauperis status, while incarcerated with the Arkansas Department of Correction. However, he has notified the Court of a change in his address which reflects his release from incarceration (DE #75). Therefore, in order to continue the prosecution of this action, plaintiff must file an updated request to proceed in forma pauperis. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file an updated request to proceed in forma pauperis within ten days of the date of this Order. Failure to file such shall result in the dismissal without prejudice of plaintiff's complaint. See Local Rule 5.5(c)(2). The Clerk is hereby directed to forward an in forma pauperis application to plaintiff.

IT IS SO ORDERED this 3rd day of November, 2009.

_____
United States Magistrate Judge

1