IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NAPOLEON POLLARD                                                    PLAINTIFF

v.                                       5:08CV00289HLJ

JOSEPH K. BUCHMAN, et al.                                          DEFENDANTS

## ORDER

Defendant Joseph K. Buchman, through his attorney, has answered and supplied his correct name. The Clerk is directed to change the style of the case to reflect the correct name of this Defendant.

IT IS SO ORDERED this 19th day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE