IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NAPOLEON POLLARD                                                                    PLAINTIFF

v.                                              5:08CV00289HLJ

JOSEPH K. BUCHMAN, et al.                                                     DEFENDANTS

## ORDER

Plaintiff shall file a response to the motion for summary judgment, filed by defendant Joseph K. Buchman (DE #63), within thirty days of the date of this Order.

IT IS SO ORDERED this 19th day of November, 2009.

_____
United   States   Magistrate   Judge