IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NAPOLEON POLLARD                                                                           PLAINTIFF

v.                                         5:08cv00289DPM/JTK

JOSEPH K. BUCHMAN, et al.                                                             DEFENDANTS

ORDER

This matter is before the Court on the motion for pre-approval of out-of-pocket expenses (Doc. No. 106), filed by Plaintiff's Court-appointed attorney, Thomas G. Williams. In the motion, attorney Williams asks for pre-approval of more than $500.00 to expend on an expert witness.

Local Rule 83.6, Exhibit A, provides that prior to expending an amount above $500.00, written approval must be obtained from a district court or magistrate judge. It also provides that the request shall include specific information, including a "detailed itemization of all costs and expenses for which the disbursement or expenditure is requested." In the motion, Plaintiff's counsel states that an expert neurosurgeon has been located, and that the expert charges an hourly fee of $450.00 to review Plaintiff's medical records and offer an opinion. However, Plaintiff's attorney does not indicate the amount of time, or number of hours, he anticipates the task to take. While the Court does not require Plaintiff's counsel to be exact in his request, the Court can not carte blanche approve an expenditure "in excess of $500.00." Therefore, the motion will be denied without prejudice, subject to renewal with a more detailed approximation of the cost of the expert. Accordingly,

IT IS, THEREFORE, ORDERED that the motion for pre-approval of out-of-pocket expenses (Doc. No. 106), filed by Plaintiff's Court-appointed attorney, Thomas Mitchell, is hereby DENIED without prejudice, subject to renewal with more detail on the cost of the expert.

IT IS SO ORDERED this 27th day of August, 2010.

_____
United States Magistrate Judge