**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

NAPOLEON POLLARD                                                                                    PLAINTIFF

5:08-cv-00289-DPM-JTK

JOSEPH K. BUCHMAN, et al.                                                                    DEFENDANTS

### **ORDER**

The Motion for Bill of Costs or Reimbursement of Out-of-Pocket Expenses filed by Plaintiffs' appointed counsel (Doc. No. 112) is hereby GRANTED.[1]

Having considered the Motion pursuant to the guidelines and policies of the Reimbursement of Out-of-Pocket Expenses Fund, the Court hereby orders that the Clerk of the Court distribute to the named applicant, Thomas G. Williams, the amount of Twenty-Five Hundred Dollars ($2,500.00) from the Fund. A copy of this Order, together with the Motion, shall be placed in the Fund file maintained by the Clerk of the Court.

DATED this 21st day of January, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] By Order dated September 27, 2010 (Doc. No. 111), this Court granted Plaintiffs' counsel's motion for pre-approval of out-of-pocket expenses. .