**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

NAPOLEON POLLARD             PLAINTIFF

5:08-cv-00289-DPM-JTK

JOSEPH K. BUCHMAN, et al.             DEFENDANTS

**ORDER**

The Motion for Reimbursement of out-of-pocket expenses filed by Plaintiffs' appointed counsel (Doc. No. 114) is hereby GRANTED.[1]

Having considered the Motion pursuant to the guidelines and policies of the Reimbursement of Out-of-Pocket Expenses Fund, the Court hereby orders that the Clerk of the Court distribute to the named applicant, Thomas G. Williams, the amount of Two Thousand Two Hundred Fifty Dollars ($2,250.00) from the Fund. A copy of this Order, together with the application, shall be placed in the Fund file maintained by the Clerk of the Court.

IT IS FURTHER ORDERED that the Motion to Withdraw as Attorney for Plaintiff, filed by Thomas G. Williams (Doc. No. 115) is GRANTED. Attorney Everett Clarke Tucker, IV, has entered his appearance on behalf of the Plaintiff (Doc. No. 116).

DATED this 14th day of April, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] By Order dated September 27, 2010, the Court pre-approved an expenditure of $2,500 for the review of Plaintiff's medical records by an expert (Doc. No. 111).

1