**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

NAPOLEON POLLARD                                                                            PLAINTIFF

v.                                          5:08-cv-00289-DPM-JTK

JOSEPH K. BUCHMAN, et al.                                                          DEFENDANTS

**ORDER**

The Motion to Withdraw as Appointed Counsel for the Plaintiff, filed by attorney Everett

C. Tucker IV and Quattlebaum, Grooms, Tull & Burrow PLLC (Doc. No. 125) is GRANTED.

Plaintiff shall file a Response to Defendant Buchman's Motion for Summary Judgment (Doc.

No. 122) no later than July 15, 2011.  Therefore, the Motion to Stay a response (Doc. No. 126) is

DENIED as moot.

Plaintiff is no longer in custody and should find his own lawyer immediately or proceed <u>pro</u>

<u>se</u> in this action.[1]

The Clerk is directed to change Plaintiff's address to: 3703 Hoyt Street, Chattanooga, TN

37411.

IT IS SO ORDERED this 25th day of May, 2011.

_____

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1]Plaintiff is reminded of Local Rule 5.5(c)(2), which provides as follows:
> It is the duty of any party not represented by counsel
> to promptly notify the Clerk and the other parties to
> the proceedings of any change in his or her address,
> to monitor the progress of the case and to prosecute
> or defend the action diligently . . . . **If any communi-
> cation from the Court to a pro se plaintiff is not
> responded to within thirty (30) days, the case may be
> dismissed without prejudice. . . .**