IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NAPOLEON POLLARD                                                            PLAINTIFF

v.                              No. 5:08-cv-289-DPM

JOSEPH K. BUCHMAN, ROLAND
ANDERSON, LARRY NORRIS, and
JOHN BYUS                                                                   DEFENDANTS

JUDGMENT

Napoleon Pollard's complaint and supplemental complaint, *Document Nos. 2 & 20-2*, are dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 October 2011